HORACE H. GALLO, Respondent, v. ISIDOR FELDBAUM and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ. Clarke, P. J., dissenting.

MIRIAM BROMBERGER and Another, Respondents, v. THE SUN AND NEWS PUBLISHING COMPANY, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ALFRED B. ADAMS and Another, Respondents, v. MARCELLUS HARTLEY DODGE and SAMUEL F. PRYOR, Conducting or Heretofore Conducting Business under the Name of the REMINGTON ARMS-UNION METALLIC CARTRIDGE COMPANY, Appellants.— Order reversed and motion granted on payment of full costs of action to date to be taxed, and with leave to plaintiff if so advised to discontinue without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ALFRED B. ADAMS and Others, Respondents, v. MARCELLUS HARTLEY DODGE and SAMUEL F. PRYOR, Conducting or Heretofore Conducting Business under the Name of the REMINGTON ARMS-UNION METALLIC CARTRIDGE COMPANY, Appellants.— Appeal dismissed, with ten dollars costs and disbursements to respondents. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

PHENIX CHEESE COMPANY, Respondent, v. JUTZ-PFLUKE PACKING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ. Merrell, J., dissenting.

NADAY & FLEISCHER, INC., Respondent, v. CHARLES M. GOLDBERG, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that plaintiff has not made out a sufficiently clear case to warrant the granting of a temporary injunction, and without determining the merits of the action in advance of trial. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

NADAY & FLEISCHER, INC., Appellant, v. CHARLES M. GOLDBERG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of the Petition of LEON ISRAEL & BROS., INC., Respondent, for an Order Directing that the Arbitration Provided for in the Certain Contract in Writing Entered into between Said Petitioner and MINT PRODUCTS COMPANY; INC., Appellant, Dated June 19, 1920, Proceed Pursuant to the Provisions of Said Contract and of the Arbitration Law of the State of New York.*—Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

---

* See Consol. Laws, chap. 72; Laws of 1920, chap. 275. Since amd. by Laws of 1921, chap. 14.— [REP.